**No. 09-1233. Arnold Schwarzenegger, Governor of California, et al., Appellants v. Marciano Plata, et al.**

560 U.S. 964, 130 S. Ct. 3413, 177 L. Ed. 2d 322, 2010 U.S. LEXIS 4817.

June 14, 2010. Appeal from the United States District Courts for the Eastern

District and the Northern District of California. Further consideration of the question of jurisdiction postponed to the hearing of the case on the merits.